Nasir S. Ahmed
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Arizona Bar No. 038608
Phone: (503) 226-5739
Email: nasir.ahmed@klgates.com

*Counsel for Defendants Freedom Gateway, LLC, SGK Vending, LLC, and SGK Tech, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pyramid Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Freedom Gateway, LLC, SGK Vending, LLC, and SGK Tech, LLC, <br><br> Defendants. | No. CV-26-1535-PHX-SHD <br><br> **JOINT STIPULATION TO SET DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rule of Civil Procedure 7.3, Pyramid Technologies, Inc. ("Plaintiff") and Defendants Freedom Gateway, LLC, SGK Vending, LLC, and SGK Tech, LLC (collectively, "Defendants" and together with Plaintiff, the "Parties") stipulate to set April 20, 2026 as the deadline for Defendants to respond to the Complaint filed by the Plaintiff in the above-captioned case.

The Parties agree that good cause exists to set the April 20, 2026 stipulated deadline to avoid a dispute regarding service of the Complaint as well as to address Defendants' and their counsel's scheduling conflicts. This stipulation is not intended to delay any proceedings, and the Parties have not previously requested that the Court set a deadline.

Accordingly, the Parties respectfully request that the Court enter an order in the proposed form lodged with this stipulation.

Dated: March 26, 2026

Respectfully submitted,

*Counsel for Plaintiff*

*Counsel for Defendants*

/s/ Emily Wilbur
Patricia V. Waterkotte
**RUSING LOPEZ LIZARDI &
SAFFER, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Arizona Bar No. 029231
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Email: pwaterkotte@rllsaz.com

   -and-

Kal K. Shah
Emily Wilbur
Samantha L. Marchand
**BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 624-6380
Telephone: (312) 212-4949
Telephone: (312) 212-4938
Email: kshah@beneschlaw.com
Email:ewilbur@beneschlaw.com
Email:smarchand@beneschlaw.com

/s/ Nasir S. Ahmed
Nasir S. Ahmed
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Arizona Bar No. 038608
Telephone: (503) 226-5739
Facsimile: (503) 248-9085
Email: nasir.ahmed@klgates.com

   -and-

Anna Shabalov (*pro hac vice forthcoming*)
Amy Kerlin (*pro hac vice forthcoming*)
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222
Telephone: (412) 355-8966
Telephone: (412) 355-6353
Facsimile: (412) 355-6501
Email: anna.shabalov@klgates.com
Email: amy.kerlin@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I served by electronic mail a copy of the foregoing on the following counsel:

Patricia V. Waterkotte
Arizona Bar No. 029231
**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Email: pwaterkotte@rllsaz.com

-and-

Kal K. Shah
Emily Wilbur
Samantha L. Marchand
**BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 624-6380
Telephone: (312) 212-4949
Telephone: (312) 212-4938
Email: kshah@beneschlaw.com
Email:ewilbur@beneschlaw.com
Email:smarchand@beneschlaw.com

*Counsel for Plaintiff*

/s/ Nasir S. Ahmed
Nasir S. Ahmed

- 3 -