Patricia V. Waterkotte (Bar No. 029231)
**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
pwaterkotte@rllsaz.com

Kalpesh K. Shah (*pro hac vice*)
Emily Wilbur (*pro hac vice)*
Samantha L. Marchand *(pro hac vice)*
**Benesch Friedlander Coplan
& Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
kshah@beneschlaw.com
ewilbur@beneschlaw.com
smarchand@beneschlaw.com

*Attorneys for Plaintiff Pyramid Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pyramid Technologies, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Freedom Gateway, LLC; SGK Vending, LLC, and SGK Tech, LLC, <br><br> Defendants. | NO. CV-26-01535-PHX-SHD <br><br> **JOINT STIPULATION TO SET PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rule of Civil Procedure 7.3 and Rule 15(a)(2), Plaintiff Pyramid Technologies, Inc. ("Plaintiff" or "Pyramid"), and Defendants Freedom Gateway, LLC;

SGK Vending, LLC; and SGK Tech, LLC (collectively, "Defendants" and together with Plaintiff, the "Parties") stipulate to set May 4, 2026 as the deadline for Plaintiff to file a First Amended Complaint and May 28, 2026 as the deadline for Defendants to respond to the First Amended Complaint in the above-captioned case.

The Parties assert that good cause exists to set the May 4, 2026 and May 28, 2026 stipulated deadlines as the Parties have met and conferred, pursuant to the Local Rule 12.1(c) and this Court's Preliminary Order (Doc. 13 at 4), and Plaintiff has agreed to amend its Complaint. The Parties hope that Plaintiff's amendments will eliminate or otherwise reduce the scope of Rule 12 motion practice. Plaintiff requires two weeks to May 4, 2026 to file its First Amended Complaint, and the Parties agree to set Defendants' deadline to respond to the First Amended Complaint to May 28, 2026. This stipulation is not intended to delay any proceedings. The Parties previously requested that the Court set a deadline as to Defendants' response to the initial Complaint. (Doc. 15.) The Parties, however, have not previously requested the Court set a deadline for Plaintiff to file its First Amended Complaint nor for Defendants to respond to Plaintiff's forthcoming First Amended Complaint.

Accordingly, the Parties respectfully request that the Court enter an order in the proposed form lodged with this stipulation.

Dated: April 20, 2026                          Respectfully Submitted,

*Counsel for Plaintiff*                          *Counsel for Defendants*

/s/ Samantha L. Marchand                 /s/ Nasir S. Ahmed
Patricia V. Waterkotte                        Nasir S. Ahmed
**RUSING LOPEZ LIZARDI &**          **K&L GATES LLP**
**SAFFER, P.L.L.C.**                          One SW Columbia Street, Suite 1900
6363 North Swan Road, Suite 151       Portland, OR 97204
Tucson, Arizona 85718                        Arizona Bar No. 038608

Arizona Bar No. 029231
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Email: pwaterkotte@rllsaz.com

-and-

Kal K. Shah
Emily Wilbur
Samantha L. Marchand
**BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 624-6380
Telephone: (312) 212-4949
Telephone: (312) 212-4938
Email: kshah@beneschlaw.com
Email:ewilbur@beneschlaw.com
Email:smarchand@beneschlaw.com

Telephone: (503) 226-5739
Facsimile: (503) 248-9085
Email: nasir.ahmed@klgates.com

-and-

Anna Shabalov (*pro hac vice forthcoming*)
Amy Kerlin (*pro hac vice forthcoming*)
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-8966
Telephone: (412) 355-6353
Facsimile: (412) 355-6501
Email: anna.shabalov@klgates.com
Email: amy.kerlin@klgates.com

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served this April 20, 2026 via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to the following CM/ECF registrants:

Nasir S. Ahmed
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Arizona Bar No. 038608
Telephone: (503) 226-5739
Facsimile: (503) 248-9085
Email: nasir.ahmed@klgates.com

*/s/ Samantha L. Marchand*
Samantha L. Marchand